# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Petitioner,<br><br>v.<br><br>Aamir Hafiz Sheikh,<br><br>Respondent. | No. CV-19-01905-PHX-DJH (JFM)<br><br>**TEMPORARY RESTRAINING ORDER** |

The Court has fully considered the Petition and Motion for Temporary Restraining Order (Doc. 1) and concludes that because immediate and irreparable injury will occur before Defendant can be given notice and because of his current mental and physical condition,

**IT IS ORDERED** the Department of Homeland Security, through competent medical authority, may perform involuntary medical examinations of Respondent Aamir Hafiz Sheikh, may restrain him if he resists those examinations, and may involuntarily administer hydration and/or nutritional supplements if necessary to preserve his life, until such time as Defendant discontinues his hunger strike or until the Court orders otherwise.

**IT IS FURTHER ORDERED** setting a Telephonic Status Conference for Friday, March 29, 2019 at 9:15 a.m. The United States shall make arrangements for Respondent to appear telephonically at this hearing. The parties must call toll free: **1-866-390-1828**, enter access code: **7618428** and security code: **190510**, five (5) minutes prior to the start of the conference.

**IT IS FINALLY ORDERED** setting a Hearing regarding the continuation of this TRO and a potential preliminary injunction for Friday April 5, 2019 at 11:45 a.m., in Courtroom 605, 401 West Washington Street, Phoenix, AZ 85003-2151.

Dated this 22nd day of March, 2019.

*[signature]*
Honorable Diane J. Humetewa
United States District Judge