ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

COLEEN P. SCHOCH
Assistant U.S. Attorney
Georgia State Bar No. 366545
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Facsimile: (602) 514-7696
E-Mail: Coleen.Schoch@usdoj.gov

*Attorneys for the United States of America*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

United States of America,

Petitioner,

v.

Aamir Hafiz Sheikh,

Respondent.

No. CV-19-1905-DJH-JFM

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Petitioner United States of America, pursuant to Federal Rule of Civil Procedure 41, hereby voluntarily dismisses this action without prejudice.

1. "[T]he plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." FED. R. CIV. P. 41(a)(1)(A)(i).

2. "Unless the notice or stipulation states otherwise, the dismissal is without prejudice." FED. R. CIV. P. 41(a)(1)(B).

3. Respondent Sheikh has not yet served an answer or a motion for summary judgment in this action.

4. According La Palma Correctional Center medical staff, Mr. Sheikh has been

voluntarily hydrating and eating since March 26, 2019.

5. It is the medical opinion of the La Palma Correctional Center medical staff that Mr. Sheikh's medical condition is stable and that he no longer requires medical monitoring.

6. There is no current medical or health and safety need for the authority provided in the temporary restraining order issued on March 22, 2019, ECF 5.

7. The United States therefore voluntarily dismisses this action without prejudice.

Respectfully submitted the 28th day of March, 2019.

ELIZABETH A. STANGE
First Assistant United States Attorney
District of Arizona

*s/Coleen Schoch*
COLEEN SCHOCH
Assistant U.S. Attorney

*Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and served a copy, via first-class mail, of the document to the following who is not a CM/ECF registrant:

Aamir Hafiz Sheikh (A096-218-019)
La Palma Correctional Center
5501 N La Palma Road
Eloy, AZ 85131
*Defendant Pro Se*

*s/E. Minster*
U.S. Attorney's Office